**Entered on Docket**
**June 07, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
ACE VAN PATTEN (NV Bar #11731)
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., FORMERLY KNOWN AS
                WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD
                SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JOYCE A. NICKRANDT ,<br><br>          Debtor(s). | Bankruptcy Case No. BK-S-10-14856-mkn<br>Chapter 7<br><br>WELLS FARGO BANK, N.A.,<br>FORMERLY KNOWN AS WACHOVIA<br>MORTGAGE, FSB, FORMERLY KNOWN<br>AS WORLD SAVINGS BANK, FSB'S<br>ORDER TERMINATING AUTOMATIC<br>STAY<br>Date:    May 17, 2010<br>Time:    9:30 a.m. |

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., formerly known as
2    Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB's Motion for Relief
3    From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court
4    before the Honorable Mike K. Nakagawa, Ace Van Patten appearing on behalf of Secured
5    Creditor.

6    The court having duly considered the papers and pleadings on file herein and
7    being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately
10    terminated as it applies to the enforcement by Movant of all of its rights in the real property
11    under the Note and Deed of Trust encumbering the real property commonly known as 8220
12    Ocean Mist Ct, Las Vegas, Nevada 89128-7405 ("Real Property"), which is legally described as:

13
14    SEE    LEGAL    DESCRIPTION    ATTACHED
       HERETO AS EXHIBIT A AND MADE A PART
15     HEREOF.

16    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or
17    its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale
18    of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days
19    prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at
20    least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the
21    Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada
22    Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to
23    provide 7 days' notice to the Debtor(s).

24    /././
25    /././
26    /././
27    /././
28    /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED


_____          _____
ANTHONY DELUCA                    WILLIAM A. LEONARD
DEBTOR(S) ATTORNEY               TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

Exhibit A

Parcel I:

Lot Fifty-Five (55) in Block Four (4) of LA JOLLA CLASSIC'S, as shown by map thereof on file in Book 42 of Plats, Page 58, in the Office of the County Recorder of Clark County, Nevada.

Parcel II:

Non-exclusive easement for access, ingress, egress, drainage, maintenance, repairs and for other purposes, all as described in the Master Declaration of Covenants, conditions and restrictions and reservation and Easements for Desert Shores, recorded June 1, 1988 in Book 880601 as Document No. 00011, Official Records of Clark County, Nevada and the Notice of Annexation recorded December 15, 1988 in Book 881215 as Document No. 00566 Official Records of Clark County, Nevada.

Parcel III:

Non-exclusive easement of ingress and egress and of enjoyment in, to and over the Common Area, as described in the Declaration of Covenants, Conditions and Restrictions and Reservations of Easement for La Jolla Classics, recorded January 30, 1990 in Book 900130 as Document No. 01184 Official Records of Clark County

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021.

☐    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☒    Failed to respond. – Debtor's Attorney/Trustee

###

Submitted by:

/s/ ACE VAN PATTEN
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO
BANK, N.A., et al.